**Order entered October 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01290-CV

**DAVID ORDONEZ, INDIVIDUALLY AND D/B/A O.D. MECHANICAL, Appellant**

**V.**

**MIGUEL SOLORIO, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-06563-B**

## ORDER

We **GRANT** appellant's September 16, 2013 motion for an extension of time to file a notice of appeal. We **ORDER** the notice of appeal filed by appellant on September 16, 2013 deemed timely for jurisdictional purposes.

/s/     DAVID LEWIS
        JUSTICE